JOHN A. RUSSO, City Attorney – SBN 129729
RANDOLPH W. HALL, Assistant City Atty- SBN 080142
WILLIAM E. SIMMONS, Supervising Trial Atty - SBN 121266
JENNIFER N. LOGUE, Deputy City Atty –SBN 241910
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6524
Fax: (510) 238-6500
jlogue@oaklandcityattorney.org
x03041:411865

**E-filed 7/20/07**

Attorneys for Defendants
CITY OF OAKLAND; E. HUESMAN; R. JOHNSON;
J. MGUINN; N. JOSHI; R. HOLMGREN; S. GLOVER;
J. SAUNDERS and M. REILLY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY ROANE, JR., | Case No. C05-00633 JF |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| E. HUESMAN; et al., | |
| Defendants. | |

Good cause having been shown, the Ex Parte Application of Defendants City Of Oakland; E. Huesman; R. Johnson; J. McGuinn; N. Joshi; R. Holmgren; S. Glover; J. Saunders and M. Reilly for a 60-day extension of time to file a motion for summary judgment or other dispositive motion is GRANTED. Any motion for summary judgment or other dispositive motion shall be filed no later than September 17, 2007.

DATED:  7/20/07

_____
UNITED STATES DISTRICT JUDGE
JEREMY FOGEL